Adam C. Kent   SB# 88524
LAW OFFICE OF ADAM C. KENT
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 365-4206
Attorney for JANICE DOS RAMOS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

* * *

In Re

**JOSE RENALDO DOS RAMOS, aka JOSE DOS RAMONS, fdba JDR REAL ESTATE COMPANY, INC., fdba JDR VIRTUAL REAL ESTATE, INC.**

  Debtor,

_____

**JANICE DOS RAMOS,**

  Plaintiff

vs

**JOSE DOS RAMOS,**

  Defendant

_____

Case No.: 08-31629-TEC

Chapter 7

Adversary No. 09-3097

Trial Date: 3/30/2010
Time: 9:30 AM
Judge: Hon. Thomas Carlson

**TRIAL BRIEF OF PLAINTIFF JANICE DOS RAMOS**

IN RE DOS RAMOS – TRIAL BRIEF

**LAW OFFICES OF ADAM C. KENT**
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 325-4206

1

Case: 09-03097   Doc# 12   Filed: 03/05/10   Entered: 03/05/10 13:40:32   Page 1 of 3

This adversary proceeding is brought by JANICE DOS RAMOS (Janice), the former spouse of Debtor JOSE DOS RAMOS (Jose), pursuant to 11USC §523(a)(15). It presents no unique or complex issues of law or fact.

During the parties' lengthy marriage, Jose owned an operated JDR Real Estate and various other entities. In late 2007, JDR was a commercial tenant of various facilities in Burlingame, California. JDR was the primary lessee; JOSE and JANICE (who never occupied the properties) were also named lessees. By late 2007, JOSE had defaulted on the various leases; in April of 2008, the landlord, JENS Corporation, filed an unlawful detainer proceeding against JDR, JANICE and JOSE.

In January of 2008, JOSE filed a Petition for Dissolution of his marriage (San Mateo County Case No. FAM 097673). In May of 2008, JOSE and JANICE entered into a stipulated judgment in the family law proceeding in which he agreed to assume all outstanding obligations of JDR Real Estate and to hold JANICE free and harmless therefrom, and indemnify her against, inter alia, any costs and expenses incurred by her in defending against such obligations.

Debtor filed his Chapter 7 Petition on August 29th, 2008. JENS corporation proceeded to trial in San Mateo County Superior Court, seeking damages against JANICE DOS RAMOS of over $209,000.00. JANICE vigorously defended the suit, which proceeded to a particularly contentious court trial, over the course of two days. JENS obtained a judgment against JANICE for $115,366.00, plus costs of $2104.00 and attorney fees payable to JENS attorney of $21.075.00 (JENS attorney had filed a motion seeking attorney's fees pursuant to the standard lease provision of $32,640.00; JANICE opposed the motion, and fees were reduced accordingly.

In the course of defending the state court action, and in prosecuting this adversary proceeding, JANICE has incurred attorney's fees and costs, as of February 28th, 2010, of no less than $17,190.00

2

IN RE DOS RAMOS – TRIAL BRIEF     **LAW OFFICES OF ADAM C. KENT**
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 325-4206

Case: 09-03097   Doc# 12   Filed: 03/05/10   Entered: 03/05/10 13:40:32   Page 2 of 3

Plaintiff seeks a judicial determination that debtor/defendant's obligation to indemnify her and hold her harmless as against the obligation to JENS Corporation is not dischargeable pursuant to 11 USC §523(a) (15), which provides, in pertinent part, that obligations to "a spouse, (or) former spouse … of the debtor and not of the kind described in paragraph (5) that is incurred by the debtor in the course of a divorce or separation or in connection with a separation agreement, divorce decree or other order of a court of record . . ." are not discharged. Petitioner seeks a determination that JOSE's court-ordered obligation to indemnify her as against (1) the state court judgment obtained by JENS, including costs and attorney fees, and (2) her attorney's fees and costs incurred in the defense of the state court action, are of kind described in 11 USC §523(a)(15), and are not dischargeable in the Chapter 7 proceeding.

Date: _03/04/2010                          s/_____
                                           Adam C. Kent
                                           Attorney for JANICE DOS RAMOS

IN RE DOS RAMOS – TRIAL BRIEF          **LAW OFFICES OF ADAM C. KENT**
                                        605 MIDDLEFIELD ROAD
                                        REDWOOD CITY, CA 94063
                                        Tel. (650) 568-2800
                                        Fax (650) 325-4206

3

Case: 09-03097    Doc# 12    Filed: 03/05/10    Entered: 03/05/10 13:40:32    Page 3 of 3