Adam C. Kent   SB# 88524
LAW OFFICE OF ADAM C. KENT
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 365-4206
Attorney for JANICE DOS RAMOS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

* * *

In Re

**JOSE RENALDO DOS RAMOS, aka JOSE DOS RAMONS, fdba JDR REAL ESTATE COMPANY, INC., fdba JDR VIRTUAL REAL ESTATE, INC.**

Debtor,

_____

**JANICE DOS RAMOS,**

Plaintiff

vs

**JOSE DOS RAMOS,**

Defendant

Case No.: 08-31629-TEC

Chapter 7

Adversary No. 09-3097

Trial Date: 3/30/2010
Time: 9:30 AM
Judge: Hon. Thomas Carlson

**WITNESS LIST SUBMITTED BY PLAINTIFF JANICE DOS RAMOS**

**Trial Date: March 30th, 2010**
**Time: 9:30 AM**
**Judge: Hon. Thomas Carlson**

Plaintiff JANICE DOS RAMOS, pursuant to the court's Scheduling Order, submits the following list of witnesses who may be called to testify at the trial of this matter:

IN RE DOS RAMOS – WITNESS LIST              LAW OFFICES OF ADAM C. KENT
                                                605 MIDDLEFIELD ROAD
                                                REDWOOD CITY, CA 94063
                                                Tel. (650) 568-2800
                                                Fax (650) 365-4206

1

Case: 09-03097   Doc# 13   Filed: 03/05/10   Entered: 03/05/10 13:04:12   Page 1 of 2

1. JANICE DOS RAMOS, who will offer testimony as to the costs and fees incurred by her in the defense of San Mateo County Superior Court Case No. CIV 196873, and in the prosecution of this action.

Respecfully submitted,

Date: _03/04/2010                                                         s/_____
                                                                                            Adam C. Kent
                                                                                           Attorney for JANICE DOS RAMOS

IN RE DOS RAMOS – WITNESS LIST

**LAW OFFICES OF ADAM C. KENT**
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 365-4206

2

Case: 09-03097    Doc# 13    Filed: 03/05/10    Entered: 03/05/10 13:54:12    Page 2 of 2