Adam C. Kent    SB# 88524
LAW OFFICE OF ADAM C. KENT
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 365-4206
Attorney for JANICE DOS RAMOS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

* * *

In Re

**JOSE RENALDO DOS RAMOS, aka JOSE DOS RAMONS, fdba JDR REAL ESTATE COMPANY, INC., fdba JDR VIRTUAL REAL ESTATE, INC.**

    Debtor,

_____

**JANICE DOS RAMOS,**

    Plaintiff

vs

**JOSE DOS RAMOS,**

    Defendant

_____

Case No.: 08-31629-TEC

Chapter 7

Adversary No.: 09-3097 TC

Trial Date: March 30th, 2009
Time: 9:30 AM
Courtroom: 23
Judge: Hon. Thomas Carlson

**EXHIBIT LIST**

    Plaintiff JANICE DOS RAMOS submits the following list of Exhibits for use at the trial of this matter:

IN RE DOS RAMOS – EXHIBIT LIST

**LAW OFFICES OF ADAM C. KENT**
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 365-4206

1

Case: 09-03097    Doc# 14    Filed: 03/05/10    Entered: 03/05/10 13:45:12    Page 1 of 2

Exhibit #1: Certified copy of Judgment of Dissolution in San Mateo County Superior Court Case No. FAM 097673.

Exhibit #2: Certified copy of Complaint in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Exhibit #3: Certified copy of Plaintiff's Trial Brief in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Exhibit #4: Certified copy of Judgment entered in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Exhibit #5: Certified copy of Plaintiff's Cost Memo in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Exhibit #6: Certified copy of Plaintiff's Motion for Attorney Fees in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Exhibit #7: Certified copy of Defendant's opposition to Motion for Attorney Fees in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Exhibit #8: Certified copy of Declaration in Opposition to Motion for Attorney Fees in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Exhibit #9: Certified copy of Order Awarding Attorney Fees in **JENS CORPORATION VS DOS RAMOS,** San Mateo County Superior Court Case No. 196873.

Respectfully submitted,

Date: _03/05/10___          s/_____
                            Adam C. Kent
                            Attorney for JANICE DOS RAMOS

2

IN RE DOS RAMOS – EXHIBIT LIST          **LAW OFFICES OF ADAM C. KENT**
                                        605 MIDDLEFIELD ROAD
                                        REDWOOD CITY, CA 94063
                                        Tel. (650) 568-2800
                                        Fax (650) 325-4206

Case: 09-03097    Doc# 14    Filed: 03/05/10    Entered: 03/05/10 13:45:12    Page 2 of 2